UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL
AND BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE
DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY
INSURANCE FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND
and TRUSTEES OF THE DISTRICT COUNCIL NO. 9
FINISHING TRADES INSTITUTE and TRUSTEES OF THE
INTERNATIONAL UNION OF PAINTERS AND ALLIED
TRADES NATIONAL PENSION FUND and THE
STRUCTURAL STEEL AND BRIDGE PAINTERS OF
GREATER NEW YORK LOCAL UNION NO. 806,

Index No.: 20-CIV-10764 (KMK)

                         Plaintiffs,

VOLUNTARY NOTICE
OF DISMISSAL

    -against-

ALL AMERICAN PRESSURE CLEANING & PAINTING,
INC. a/k/a ALL AMERICAN PRESSURE CLEANING &
PAINTING CO. and VINCENT BORELAND, Individually,

                         Defendants.
-------------------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated:  November 29, 2021
         Elmsford, New York

                                                     */s/ Dana L. Henke*
                                                     Dana L. Henke, Esq.
                                                     Attorney for Plaintiffs
                                                     Barnes, Iaccarino & Shepherd LLP
                                                     258 Saw Mill River Road
                                                     Elmsford, New York 10523
                                                     (914) 592-1515